

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00099-CV

| | | |
|---|---|---|
| Rodney A. Hurdsman | § | From the 271st District Court |
| v. | | |
| | § | of Wise County (CV16-05-424) |
| Wise County Sheriff Deputies: James Mayo, Clint Caddell, Chad Lanier, Christopher Hodges, and | § | June 21, 2018 |
| Hightower; Wise County Judges: Melton Cude and Craig Johnson; and the County of Wise, Texas | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth